1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10   SCOTT N. JOHNSON,

11          Plaintiff,                          No. CIV S-12-1831 KJM EFB

12          v.

13   HARRY FERRONI ENTERPRISES,
     et al.,                                    ORDER
14
            Defendants.
15   _____/

16          On October 17, 2012, plaintiff filed notice that this case had settled and

17   represented that dispositional documents would be filed within twenty days of the date of that

18   notice.  ECF No. 7.  On November 16, 2012, beyond the twenty days originally sought, plaintiff

19   filed a request for an extension of time until December 10, 2012, saying only that the parties

20   were "in the process of finalizing a settlement agreement and require longer than the 30 day

21   grace period." ECF No. 10. The court granted the request.  ECF No. 11. On December 12,

22   2012, again after the additional time requested, plaintiff filed a second request for an extension

23   of time, again saying the same thing: that the parties "are in the process of finalizing a settlement

24   agreement and require longer than the thirty day grace period."  ECF No. 12.

25   /////

26   /////

                                              1

1        Under Local Rule 160, this court may "on good cause shown, extend the time for

2   filing the dispositional papers.  A failure to file dispositional papers on the date prescribed by the

3   Court may be grounds for sanctions."   Plaintiff has not only filed both extension requests late,

4   he has utterly failed to show good cause for the requests.  Accordingly, the request (ECF No. 12)

5   is denied and plaintiff is directed to show cause within fourteen days of the date of this order

6   why he should not be subject to monetary sanctions or dismissal for failure to prosecute.

7        IT IS SO ORDERED.

8   DATED:  January 5, 2013.

9

10                                          _____
                                            UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2